# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eslimerari Ramos

                      Plaintiff,

v.                                              Case No.: 1:24−cv−02842

                                                        Honorable Rebecca R. Pallmeyer

Notre, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, September 29, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Notice of Voluntary Dismissal and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.